No. 482. NATIONAL LABOR RELATIONS BOARD *v.* FANT MILLING Co. C. A. 5th Cir. Certiorari granted. *Solicitor General Rankin, Jerome D. Fenton, Thomas J. McDermott, Dominick L. Manoli* and *Frederick U. Reel* for petitioner. *O. B. Fisher* for respondent.

No. 491. GALAX MIRROR CO., INC., ET AL. *v.* UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit granted limited to question 1 presented by the petition for the writ which reads as follows:

"1. Whether the denial of defendants' motion at the trial for production of the relevant grand jury testimony of the principal Government witness for purposes of cross-examination constituted error."

*H. Graham Morison* for petitioners. *Solicitor General Rankin, Assistant Attorney General Hansen* and *Daniel M. Friedman* for the United States.

No. 504. TAYLOR *v.* McELROY ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Joseph L. Rauh, Jr., John Silard, Harold A. Cranefield* and *Richard Lipsitz* for petitioner. *Solicitor General Rankin* for respondents.

No. 512. BAIRD ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari granted. *W. Byron Sorrell, John C. Williamson, Lester M. Ponder* and *Thomas M. Scanlon* for petitioners. *Solicitor General Rankin* for respondent.